**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

November 12, 2015

Hon. Darrell Wayne Cook
Darrell W. Cook & Associates
One Meadows Bldg
Dallas, TX 75206-4034
\* DELIVERED VIA E-MAIL \*

Hon. Tom Wilkins
Law Office of Tom Wilkins
3900 N. 10th Street, 1010
P. O. Box 3609
McAllen, TX 78502-3609
\* DELIVERED VIA E-MAIL \*

Re:       Cause No. 13-15-00321-CV
Tr.Ct.No. C-5619-13-E
Style:    Michael J. Rogers v. RREF II CB Acquisitions, LLC

Appellant's motion for extension of time to file brief in the above cause was this day GRANTED by this Court. The time has been extended to Monday, January 11, 2016.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch